| | |
|---|---|
| 1 | DANIEL J. BRODERICK, #89424 |
| | Federal Defender |
| 2 | ANN H. VORIS, Bar #100433 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Attorney for Defendant |
| 6 | JOSE RAMON CARAVANTES-CASTANEDA |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:12-cr-0388 AWI |
| | ) | |
| *Plaintiff*, | ) | STIPULATION TO CONTINUE SENTENCING |
| | ) | HEARING; ORDER |
| v. | ) | |
| | ) | Date: November 26, 2012 |
| JOSE RAMON CARAVANTES-CASTANEDA, | ) | Time: 10:00 a.m. |
| | ) | Judge: Hon. Anthony W. Ishii |
| | ) | |
| *Defendant*. | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference hearing in the above-captioned matter currently set for November 19, 2012, **may be continued to November 26, 2012 at 10:00 a.m.** for change of plea and sentencing hearing.

The reason for the continuance is that the pre-plea pre-presentence report will not be complete by November 19, 2012, but will be complete by November 26, 2012. This continuance will conserve time and resources for both parties and the court.

///

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(ii), and (iv).

BENJAMIN WAGNER
United States Attorney

DATED: November 15, 2012    By:    /s/ *Mia A. Giacomazzi*
MIA A. GIACOMAZZI
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: November 15, 2012    By:    /s/ *Ann H. Voris*
ANN H. VORIS
Assistant Federal Defender
Attorney for Defendant
Jose Ramon Caravantes-Castaneda

# O R D E R

**IT IS SO ORDERED.** Time is excluded pursuant to §§ 3161(h)(7)(A), (B)(ii), and (iv).

IT IS SO ORDERED.

Dated:   November 15, 2012

_____
UNITED STATES DISTRICT JUDGE

Stipulation to Continue Sentencing
Hearing; [Proposed] Order  −3−